In the Name of ALLAH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 4 2014

JEFFREY P. COLWELL
CLERK

Civil Action No 14-cv 03179-GPG

US Magistrate Judge            Slave of ALLAH
Gordon P. Gallagher            Zacarias Moussaoui
US District Court
Denver Colorado.      the 01 December 2014

Today I received (12/01/14) your order of the 25 of Nov 2014 regarding the cure of deficiency in my Civil Action against Obama administration agents obstruction of Justice in order to prevent me through intimidation, death threat to Testify in Court against the Saudi Prince Turke Al Faisal AL Saud and Saudi Princess Haifa Al Faisail Al Saud the real 9/11 Mastermind, which I personally met in Oklahoma and Dallas (TX) in 2001 before 9/11. Saudi Prince Turke is the one who specifically directed Mohamed Atta to attack the White House and the Pentagon over the objection of Mohamed Atta who fear that the hijack plane will be shot down before reaching their target. Princess Haifa with Prince Turke gave me money and advise me to work with Omar Al Bayouti as other 19 hijacker have done. Also on the 20 and 21 October 2014 I gave an under oath testim deposition with a Court

reporter (Priscilla Medina), & to the Plaintiff's Executive Committees for In re Terrorist Attack on September 11, 2001 (S.D.N.Y) with the attorney. Sean Carter (Cozen O'Connor) Andrew Maloney (Kreindler) Robert Haefele (Motley Rice), Evan Kohlman (consultant Motley Rice), Jerry Goldman (Anderson Kill) to which I testify against the financial, logistical support the following people and institution gave to Usama Ben Laden and Al Qaeda: Saudi Prince Walid Bin Talal Prince Sultan Bin Abdelaziz, Prince Salman and Prince Mohamed Prince Nouf Bin Abdalaziz, Prince Bandar bin Sultan and the Now King AbdAllAH Al Saud King of Saudi Arabia.

Also I testify against.
Yassin Abdallah Kadi
Sherif Sedky
Mohamed Hussein Al Aincoudi
Mohamed Sadim bin Mahfouz
Kaled bin Mahfouz, a Abdebrahim
and
the Saudi American Bank
the National Commercial bank of Saudi Arab

civil action no 14-cv-03179-GPG

2

the Arab bank
the Standard chartered bank
and the bagui, cover charitable institution for the Wahabi Terrorist Conspiracy
I testify against their direct facilitation and financial support to Bin laden and Al Qaeda.
the International Islamic Relief Organization
the Muslim World League
AL Haramain Islamic Foundation
Rabitat Trust
the World Assembly of Muslim Youth
the Muwafaq Foundation
the Third World Relief Agency
the Saudi Joint Relief committee
the Saudi High Commission
the Saudi Red Crescent.

I politely and strongly suggest to this Court of Judge Gordon Gallagher to read the Court transcript of my deposition on the 20, 21 of October 2014 in ADX, Florence, Colorado as this deposition on the Real 9/11 Saudi Mastermind will make an undenial case in the interest of Justice to place me in protective custody as the Obama agents and the Saudi Agents of the Ramzi Yusuf Gang in Hunt Al Qaed

stronghold are colluding to wage a vicious persistent campaign of harassment, intimidation, death threat to make me renounce on testifying in the trial to potentially come in front of District Judge Daniel for the 9/11 Victim and against the Saudi Prince 9/11 Master

On the 22 Nov 2014 I was assaulted by ADX Hunt CO Schmidt working with CO Holbrook. I reported the assault of CO Schmidt to CO Behle, Lieutenant Kouchalako and Lieutenant Gardner came to investigate and took picture of my head, hand, feet for injury documentation. Lieutenant Gardner also took away two piece of evidence of the & CO Schmidt assault on me.

On the 06 of June 2014 I was assaulted by Oussama Kassir or Saudi agents of the Ramzi Yusuf Gang in Hunt after Ramzi Yusuf issue a death order as I rejected Ramzi Yusuf deal that he made with the CIA Frank Pellegrino that I drop my testimony against the 9/11 Saudi and the CIA intervene to "spare" the death penalty to Kaled Shiex Mohamed in Guantanamo

Civil Action N° 14-cv-03179-GPG.

3

Also on the 26 November 2014 next door cell neighbor, Mohamed Jabarra swear that "he" will cut my head and bring it on a plate to Oussama Kassir (who assaulted me on 06/06/14). Mohamed Jabarra had previously agree to testify falsely against me for the US prosecutor Raskin in my 9/11 case in Alexandria Virginia before I pleaded Guilty. Mohamed Jabarra is the one who gave to the Oman intelligence, the canadian intelligence and the US prosecutor a intelligence the location, telephone of Ralid Sheik Mohamed and the identity of Ahmed Al Kuwaity the brother who was the courier, the go between Usama Bin Laden and KSM, and this Ahmed Al Kuwait was follow to the House of Usama Bin Laden where Usama Bin Laden was kill by O'Neill. (Seal)

Also this Court of Judge Gallagher must know that Unit Manager Keys and Counselor Hausen have refused just last week again to make available to buy stamps and to make money order to pay Court fees

This Gallagher Court must know that for years I request Supervisory Attorney C Cynsvall and B Brueschke to allow to retain an attorney in Denver Colorado recommended by the Nation of of Islam and more recently to be allow to retain attorney Mr Benjamin Crump and Mr Anthony Grays (Ferguson, Missouri). Last week or two Mr Cynsvall responded to my Administrative Remedy complain that he was not authorized to allow me to get a lawyer. Despite the fact that I have a court proceeding in Oklahoma in front of Judge Shon Erwin, a case in the Northern District of Texas (Dallas) in front of Judge Jorge Solis and initiated by Judge Renee Harris Toliver and I have court proceeding in Florida

This Court should know that since the 03/November/2014 I have started an Hunger Strike and since the 30/November/2014 I have started an 100% Water Strike so I am not drinking any water since 11/30/14 at 5 am.

civil action No. 14-CV-03179-GPG

4/5

This court must know that my Water and my hunger strike from (11/30/14 and the 11/03/04) are in order to obtain a lawyer to petition effectively this Court. Indeed a professional lawyer could petition on my behalf this Court so I be put in Protective Custody and Remove from ADX, FL, CO.

Also this Court must know that ADX Medical & Dr. Santini, Dr. Cordova, and PA have cancel an surgical hernia operation on me after I was examined almost two years ago by outside a surgeon contractor Dr. Yee. This is another reason I want a lawyer to petition this Court to supervise and nominate a Surgeon to perform an urgent Hernia Operation on me as I have an degrading Hernia since 2008.

Also I want a lawyer to petition this Court to receive on a weekly bases outside Non BOP Psychological support by a doctor in psychology as the Psychological Dept in ADX with Dr. O'Neill, Dr. Moody, Dr. Davis Dr. Seaton et have been denying me any kind of real interaction or psychological

This Court should not construe any of my writting or petition as obnoxious or rude to this Court. This Court should know that I feell acknowledge the deficiency of my initial petition but because of the nasty tactic by Unit Manager Keys and Counsel Hansen, attorney Cynsvell an Brueschke and ultimately under the order of ADX Warden Oliver I will not be able to provide document and the money requested.

This Court should know that only a Lawyer could give an effective assistance to make my petition to this court to be place on Protective custody, to be remove from federal agents custody and ADX custody to be transfer to the Military Commission Prison in Guantanamo, to sue the Obama for Obstruction of Justice and sue the BOP for obstruction of Justice. So I hereby petition the Court of Judge Gordon P. Gallagher to order and appoint an attorney for me and to order the BOP, ADX, FL, CO. Supervisory attorney Cynsvell to free my money, to allow me to retain a Denver attorney recommended

Civil action No 14-cv-03179 GPG

9/9

by the Nation of Islam and to allow me to retain attorney Mr Crump and Mr Gray (Ferguson Missouri).

Taking account of the many petition and case I need to pursue my request of numerous attorney should not be considered frivolous.

In fact one, once upon the time attorney Ms Joyce Ellen Rosendahl, P.O Box 15966, New Port Beach California 92659-5966 withdraw from her assistance as she declined to assist me to testify against the Saudi and she declined to find me some replacing lawyers and she declined to inform and contact District Judge Leonie Brinkema in Alexandria Virginia. Ms Rosendahl explained to be under "tremendous stress" on learning about my legal situation. (I sent the letter of Ms Rosendahl to Oklahoma Judge Shon Erwin last week or two)

Also Judge Gallagher surely will understand that being on water & food strike to obtain access to a lawyer to petition his court, make it more difficult, if not impossible

to in time for the 30 day deadline to cure the deficiency of my transfer petition.

Not to forget that I a french citizen I am not familiar with all the intricate rule of your judiciale systeme and I have be deny for year to have a telephone call to my French consulat my Counselor Hansen, Ma key's and cynsuell.

This Court of Judge Gallagher should well be aware of the geostrategical dimension of this case to testify against the Saudi Prince 9/11 Mastermind. But Now a political dimension for Obama to stop me As I want to see him for a misdemeanor offense of obstruction of 9/11 Justice.

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker
a/k/a Enemy Combattant