In the Name of ALLAH.

US Magistrate Judge
Gordon Gallagher
12/14/14

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN - 8 2015
JEFFREY P. COLWELL
CLERK

Grace of ALLAH
Aes Moussaoui
14-cv-03179-GPG

OBJECT: Extention of the 30 days deadline to file a cure for Deficiencies on the order of the 24 November 2014.

First I honnestly appologize to this Court for writting with a pencil instead of a pen but ADX Counselor Hansen and Unit Manager Key have refuse for years to allow to either buy my pen & stamp or give them to me claiming that I was not indigent but blocking my money and access to the commissary through fake sanction to prevent me to write to Court to testify against the Saudi Prince Real 9/11 Mastermind.

I write to your Court to request an extention of the 30 days deadline order on the 24 of November 2014. Indeed as I wrote to you recently I was trying to retain a lawyer. On the 14 December afternoon I was

finally given by ADX Warden Oliver and attorney Ben Beuerhke a list of Denver lawyers.

On Friday I sent for mailing through ADX CO cable a letter to Colorado ACLU, 303 E. 17th Ave. Ste 350 Denver CO 80203-1256 to ask them if ACLU could provide me a legal counsel. I requested to see Antony Romero the Director of ACLU.

Also on Monday 15 Dec 2014 I mail similar request to -
David Feege, 224 West 72nd Street # 2R New York NY 10023
Anthony D Gray 7710 Carondelet Ave Ste 303, St Louis MO 63105
Benjamin Crump, 240 North Magnolia Drive Tallahassee Florida 32301

It is clear to me that it will be impossible for me to secure legal counsel before your Court deadline of 30 days after the 29 of Nov 14. This is not in any my fault but due to ADX Supervisory attorney C Cynwall and B Beuerhke refusal for years to have a lawyer

even after my case in Oklahoma, and Dallas (TX) become public and in the News. Now close to 10 days to your deadline Cynsval cynically allow me cynically to have a lawyer so the blame will be on me for not filling properly. This is a despicable distortion and manipulation of Justice.

I honnestly petition this Court to give me an extention for filling the cure for deficiencies untill a lawyer like the Colorado ACLU contact the Court on my behalf. I am in no position to ask the Court for a precise date extention as I do not know when a lawyer will take my case and also because ADX CO cable and leadership (W. Oliver, AW Tatum, H unit Manager Keys, Cynsval and Beuschke have engage in a sustain campaign of obstruction and intimidation against me to stop me to testify against the 9/11 Saudi Mastermind. Recently an Administrative Remedy was return to me from the Regional office in kansas because it was mail out of date.

I have no way of knowing if my mail have be posted and ADX stop stamping my mail when it arrives and letters often reach me 10 to 15 days after being posted if first class. The ADX Devil is in the detail.

I politely petition this Court to extend the deadline and to order ADX Cynswell to expedite the Special Administration Measure affirmation process with the US attorney for the Colorado ACLU and the other lawyers.

If ADX Cynswell and the US attorney delay the affirmation of Colorado ACLU and Anthony Romero, David Ferone, Benjamin Crump, Anthony Crai; they will have succeeded in deny me and the 9/11 Victim Justice. Indeed my request to be place on Protective custody originate from my testimony against the Saudi Bunco 9/11 Masterminds and the Obama agents successobstruction of 9/11 Justice

Also this court is requested to order ADX H unit Manager to allow to buy stamps and food product from the commissary.

This court should know that I had to stop my hunger strike and water because of medical problem due to my hernia and ADX Dr Santini and Cordova have ignored my request for medical attention for 2 weeks now. (as usual)

My hunger strike and water strike was for the purpose to be able to have a lawyer and Warren Cranwell wrote to me in a reply to an administrative remedy that he was not authorize to allow me to have a lawyer.

I politely thank this court to grant me an order with a lawyer represent me.

Slave of ALLAH
_____

P.S. ADX even refuse to exchange the one dollar stamp for two first class stamp.

Also ADX open & read your mail to me and my to you claiming security concern. The Court will appreciate that BOP is suspicious of the integrity of the Court.