In The Name of ALLAH

King Salman of Saudi Arabia (a/k/a 9/11 Co Conspirator) is protected by Obama agents who deny me lawyer. To petition this Court to be removed from Wahabi Gang Unit in Supermax run by Ramzi Yusuf. Indeed as I testified to the 9/11 Victim lawyers King Salman and the hell deceased King Abd ALLAH were in bed with Usama Bin Laden and 9/11

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 12 2015
JEFFREY P. COLWELL
CLERK

co conspiratour with the Prince Turkey and Princess Haifa. I petition this Court to extend the Stay granted untill the 9 of February because Obama agents (a/k/a Warden Oliver and Cynsval) prevent me to have a lawyer to petition this Court to be placed on Protective Custody against the Federals agent and the Wahabi Gang of Ramzi Yusuf in Hunt in Supermax
Slave of A/l/AH
Zacarias Moussaoui
socall 20th Hijacker a/k/a Enmy Combatan

This Court should know that I requested from the D.O.J a modification of the Special Administrative Measure (S.A.M.) to be able to contact a "non placebo lawyer" and to contact the lawyer of the 9/11 victim family and their representative like Terry Strada and to communicate with member of the media such as Jesse Ventura to expose the Wahabi Terrorist Conspiracy by the Saudi Kingdom. The D.O.J and Eric Holder have ignored all my demand and obstructed of my attempt to testify against the 9/11 Saudi and try to intimidate me by keeping me in Wahabi H unit Stronghold in Supermax.

Z.M.